NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID R. CALLOWAY,**
*Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Appellee.*

---

2014-7007

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-2850, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**O R D E R**

David R. Calloway moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

2                              CALLOWAY v. SHINSEKI

FOR THE COURT

/s/   Daniel E. O'Toole
      Daniel E. O'Toole
      Clerk

s21

ISSUED AS A MANDATE: October 23, 2013